81,011-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk

To

Abel Acosta ; Clerk
Court of Criminal Appeals
P.o. Box 12308, Capitol Station
78711

Re.

Bristow, Roy Dunwood Bristow
CCA No. | WR-81,011-02
Trial Court Case No. 2011F00150·A

Dear, Abel Acosta,
Please present the enclosed Luther on
my behalf to the presiding honorable
Judge.

Thank you!

Roy Dunwood Bristow
Choice Moore
1700 Fm. 87
Bonham, Texas
75418

Please send me copys of Everything
I am Entitled to!
Thank you!

To The Honorable Judge presiding:     1
Re:
Bristow, Roy Dunwood
CCA No.     WR-81,011-02
Trial Court Case No. 2011 F00150-A

Judge - I am very concerned with the
proceeding and progress of the above
case No.     WR-81,011-02
Trial court case No. 2011 F00150-A
— The 5th District Court · Cass County Texas ·
Awarded me a plea · Agreement on 10-7-13
entitling me to credit for All time served
Since 9-2-11
This plea · Agreement was signed by the
District Attorney: —
Judge Ralph Burgess: —
myself: —
Appointed Counsel: —
I have sent a copy of this plea · Agreement
to this court.
I was Incarcerated on 9-2-11 and have
continued to be Incarcerated
Cass County has Breach their obligation by
Not Awarding me with the credit specified
in this plea · Agreement.

● On June 4, 2014 a Remand order was sent to Cass County from this Court.

It specified they had 90 Days to supply this Court with a supplemental transcript containing all affidavits and Interrogatories of the Court Reporters Notes from any hearing or deposition along with the trial Court's supplemental Finding of Fact and Conclusions of Law, shall be Forwarded to this Court within 120 Days of the Date of this Order. Any Extension of time shall be obtained from this Court.

● On March 12, 2015 a Letter was sent from this Court to the 5th District Court Cass County, Texas Requesting they have the clerk Immediately Forward the Supplemental Records in this Cause.

On March 24, 2015 Approximately 10 months From the Original Remand order a Letter was Received From the 5th District Court saying they had No Recollection of the writ or the Courts Remand For Further proceedings

On April 1, 2015 This Court awarded Cass County with a 90 Day Extension of time.

● As of today June 22, 2015 Well past the 90 Day Extension I've Recieve No Notification that the Remand order has

been complied with.

I ask this court to order Cass County, 5th District Court, To comply with the plea-agreement and award me the credit specified.

Credit for All time served since 9-2-11

Thank you.

Ray Durwood Bristow
Choice Moore
1700 Fm 87
Bonham, Texas
75418